Table of Last-Observed Infringements by Defendants of Kick Ass Pictures Inc's Copyright in the Motion Picture "Cum Eating Cuckolds 17," Copyright Reg. No. PA0001732414

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.128.102 | 2012-02-25 17:03:20 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 2 | 108.49.225.198 | 2012-02-08 22:58:47 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 3 | 141.154.190.176 | 2012-03-14 13:21:59 -0400 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 4 | 173.48.168.249 | 2012-01-25 00:37:50 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 5 | 173.48.228.77 | 2012-03-09 13:14:03 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 6 | 173.76.164.199 | 2012-01-25 02:41:06 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 7 | 173.76.25.159 | 2012-03-17 20:13:27 -0400 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 8 | 174.63.49.113 | 2012-02-16 16:55:35 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 9 | 24.2.142.181 | 2012-03-04 02:16:11 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 10 | 24.218.219.53 | 2012-02-09 22:52:16 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 11 | 24.218.7.103 | 2012-02-08 20:00:53 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 12 | 24.61.213.180 | 2012-02-25 12:53:19 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 13 | 24.62.89.203 | 2012-01-25 02:50:56 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 14 | 50.136.86.32 | 2012-03-19 19:28:09 -0400 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 15 | 65.96.217.41 | 2012-03-14 10:42:24 -0400 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 16 | 66.30.118.198 | 2012-01-27 17:50:54 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 17 | 68.118.228.139 | 2012-01-30 23:13:21 -0500 | CHARTER COMMUNICATIONS | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 18 | 71.192.26.42 | 2012-02-26 20:03:38 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 19 | 72.70.52.120 | 2012-02-12 08:05:29 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 20 | 75.68.107.144 | 2012-02-27 15:22:14 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 21 | 76.119.178.198 | 2012-02-12 15:17:29 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 22 | 76.19.169.248 | 2012-01-29 19:46:42 -0500 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 23 | 76.24.173.28 | 2012-03-22 17:28:23 -0400 | Comcast Cable | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 24 | 96.233.125.223 | 2012-02-24 12:27:06 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |
| Doe 25 | 96.252.100.88 | 2012-02-07 23:19:46 -0500 | Verizon Internet Services | BitTorrent | cdf1a48829f9b902d5ca0e2228e5b266403e7ff3 |