## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KICK ASS PICTURES, INC., *Plaintiff*, v. DOES 1 – 25, *Defendants*. | CIVIL ACTION No.: 1:12-cv-10810<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Local Rule 7.3, KICK ASS PICTURES, INC., plaintiff in the above-captioned action, hereby discloses that:

1. KICK ASS PICTURES, INC., is a nongovernmental corporate party in the above-captioned action.

2. KICK ASS PICTURES, INC., has no parent company.

3. No publicly held company owns 10% or more of KICK ASS PICTURES, INC..

4. KICK ASS PICTURES, INC. does not own any subsidiaries.

Respectfully submitted on May 7, 2012,

FOR THE PLAINTIFF:

*/s/ Marvin Cable*

Marvin Cable, Esq.
BBO#:  680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com